# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NO: 2:21-mj-791-VCF |
| | ) **ORDER** |
| NITA CUNNINGHAM, | ) |
| Defendant. | ) |

Based on the Stipulation of counsel, good cause appearing therefore:

    IT IS HEREBY ORDERED that the Trial currently scheduled on March 16, 2022, be vacated and continued to May 25, 2022 at the hour of 9:00 am in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

    DATED this 15th day of March, 2022.

_____
Magistrate Judge Cam Ferenbach