# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>NITA CUNNINGHAM,<br><br>　　　　Defendant. | CASE NO: 2:21-MJ-00791-VCF |

## ORDER

The Court having considered the negotiation and stipulations between the Plaintiff, United States of America, by and through Jason Frierson, United States Attorney, and Angelica Marmorstein, Assistant United States Attorney, and Defendant, NITA CUNNINGHAM, by and through DANIEL F. LIPPMANN, ESQ. and good cause appearing therefore,

**IT IS THEREFORE ORDERED** that the Defendant's guilty plea entered on May 25, 2022, is withdrawn.

**IT IS THEREFORE ORDERED** count one is amended to a reduced charge of Reckless Driving.

**IT IS THEREFORE ORDERED** that the court accepts the defendant's plea of guilty to the amended charge of Reckless Driving and that the sentence entered on May 25, 2022, is imposed.

DATED this __23__ day of January, 2023.

_____
United States District Judge